UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC B. BRYANT, | ) | |
| Plaintiff(s), | ) | No. C09-5509 BZ |
| v. | ) | |
| | ) | **ORDER DISMISSING AMENDED** |
| ESTENSON LOGISTICS LLC, et al., | ) | **COMPLAINT WITH LEAVE TO AMEND** |
| Defendant(s). | ) | |

Before the Court is plaintiff's Amended Complaint, which was filed by plaintiff in response to this Court's Order of December 3, 2009.[1] For the reasons set forth below, plaintiff's Amended Complaint is **DISMISSED** with leave to amend.

Plaintiff's Amended Complaint, read liberally in plaintiff's favor, still does not establish a basis for federal jurisdiction over plaintiff's claims.

While the Amended Complaint generally alleges

---

[1] Plaintiff's filing titled "Motion to Amend the Complaint" is read by the Court as an Amended Complaint, not a motion. Until plaintiff complies with this order, the Court will not consider plaintiff's other motions.

1

"discrimination" and uses conclusory words such as "cherry-picking" it does not state any facts that suggest this case belongs in federal court. To the extent plaintiff is trying to state a violation of Title VII, he must be a member of a protected class. For example, "race, color, religion, sex, or national origin" are protected under Title VII of the Civil Rights Act of 1964. 42 U.S.C. §2000e-2. Plaintiff has not included any facts that establish that he is a member of a protected class.

To state a discrimination claim under Title VII, a person must first complain to the Equal Employment Opportunity Commission (EEOC) or the state Department of Fair Employment and Housing (DFEH) before pursuing a claim in court. See Lyons v. England, 307 F.3d 1092, 1103-04 (9th Cir. 2002). Plaintiff has not stated whether he complained to either agency and has not provided a Right to Sue letter.

Absent some other basis for federal jurisdiction. Therefore, plaintiff's allegations regarding unfair termination in violation of company policy and unemployment benefits cannot be pursued in federal court.

For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

Plaintiff's Amended Complaint is **DISMISSED** with leave to amend. If plaintiff desires to proceed with this lawsuit, he must file another amended complaint by **March 1, 2010.** The amended complaint should be a short, intelligible statement in plain English that clearly states the facts that would support federal jurisdiction, such as, the protected class to which

plaintiff claims he belongs and whether he complained to an administrative agency.

In amending his complaint, plaintiff may wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case. This manual is available in the Clerk's Office and online at: www.cand.uscourts.gov

Alternatively, attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants. The Court suggests that plaintiff make an appointment with the Center.

If plaintiff does not amend or otherwise comply with this Order by **March 1, 2010**, this case may be dismissed.

Dated: January 29, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BRYANT V ESTENSON\2d_dismiss_leave_to_amend.wpd

3

Do you need help representing yourself in a federal court case?

## vlsp | VOLUNTEER LEGAL SERVICES PROGRAM
of The Bar Association of San Francisco

# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA 94102

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center. **There is no fee for this service.** The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, you will still represent yourself. The lawyer at the Center can not be your lawyer.**