UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC B. BRYANT, | ) | |
| Plaintiff(s), | ) | No. C09-5509 BZ |
| v. | ) | **ORDER TO SHOW CAUSE** |
| ESTENSON LOGISTICS LLC, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff filed this action on November 16, 2010. On January 29, 2010 I ordered plaintiff to file an amended complaint in compliance with the Federal Rules of Civil Procedure by March 1, 2010, which plaintiff did not do. A Case Management Conference was held on **March 15, 2010**. Plaintiff failed to appear at the Case Management Conference and had not sought to have his presence excused. Plaintiff also failed to file a Case Management Conference Statement. Plaintiff is therefore **ORDERED** to show cause or explain in writing by **MARCH 29, 2010** why this case should not be dismissed for lack of prosecution. A hearing on the Order to Show Cause is scheduled for **APRIL 5, 2010, at 4:00 p.m.**,

1

1 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
2 | Avenue, San Francisco, California 94102.
3 | Dated: March 16, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BRYANT V ESTENSON\OSC.wpd