UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC B. BRYANT, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C09-5509 BZ |
| v. | ) | **SCHEDULING ORDER** |
| ESTENSON LOGISTICS LLC, et al., | ) | |
| Defendant(s). | ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that plaintiff shall file an amended complaint that is in conformance with my prior orders by **April 19, 2010**.

Dated: 7/Jan 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BRYANT V ESTENSON\SCHEDULING ORDER.wpd

1