```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   ERIC B. BRYANT,              )
                                  )
12          Plaintiff(s),         )   No. C09-5509 BZ
                                  )
13      v.                        )
                                  )   ORDER RE: SERVICE OF
14   ESTENSON LOGISTICS LLC, et   )   AMENDED COMPLAINT
     al.,                         )
15                                )
            Defendant(s).         )
16   _____ )
```

17      Having granted plaintiff Eric B. Bryant's ("plaintiff")

18   *in form pauperis* application (see Docket No. 5) and having

19   received plaintiff's amended complaint, the Marshall shall

20   serve plaintiff's amended complaint (see Docket No. 18).

21      **IT IS SO ORDERED.**

22   Dated: April 21, 2010

23                                   _____
24                                          Bernard Zimmerman
                                       United States Magistrate Judge
25

26   G:\BZALL\-BZCASES\BRYANT V ESTENSON\ORDER RE SERVICE OF AMENDED COMPLT.wpd

27

28

                                    1