UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC B. BRYANT, | ) | |
| Plaintiff(s), | ) | No. C09-5509 BZ |
| v. | ) | |
| | ) | **ORDER SCHEDULING** |
| ESTENSON LOGISTICS LLC, et al., | ) | **TELEPHONIC CONFERENCE** |
| Defendant(s). | ) | |

The Court deems Mr. Bryant's letter of October 2, 2010 as a request for Court intervention because defendant has refused to produce his personnel file as he requested. In accordance with paragraph no. 2 of the Pretrial Scheduling Order, defendant is **ORDERED** to file a **two page** letter explaining why it will not produce the personnel file by **noon, Wednesday, October 20, 2010.** A telephone conference to consider this dispute is scheduled for **Thursday, October 21, 2010 at 10:00 a.m.** Counsel for defendant shall get Mr. Bryant on the phone and call the Court at **415-522-4093.**

Dated: October 18, 2010

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\BRYANT V ESTENSON\TEL CONF 2.wpd

1