UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC B. BRYANT,

        Plaintiff,

  v.

ESTENSON LOGISTICS LLC et al,

        Defendant.

Case Number: CV09-05509 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2010, I SERVED a true and correct copy(ies) of the attached, **ORDER SCHEDULING TELEPHONIC CONFERENCE** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric B. Bryant
4866 Bernal Drive
Stockton, CA 95206

Dated: October 18, 2010

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

