UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. BRYANT,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ESTENSON LOGISTICS LLC, et al.,<br><br>        Defendant(s). | No. C09-5509 BZ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: October 29, 2010

                                    Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\BRYANT V ESTENSON\ORDER OF CONDITIONAL DISMISSAL.wpd

1