UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC B. BRYANT,

        Plaintiff,

  v.

ESTENSON LOGISTICS LLC et al,

        Defendant.
                              /

Case Number: CV09-05509 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER OF CONDITIONAL DISMISSAL**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric B. Bryant
4866 Bernal Drive
Stockton, CA 95206

Dated: October 29, 2010

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk

                                      *Rose Maher*