| | |
|---|---|
| 1 | BRIAN T. McMILLAN, Bar No. 111890 |
| | MICHAEL E. HARVEY, Bar No. 267684 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 50 W. San Fernando, 15th Floor |
| | San Jose, CA 95113.2303 |
| 4 | Telephone: 408.998.4150 |
| 5 | Attorneys for Defendants |
| | ESTENSON LOGISTICS, LLC, DANIEL HOLT- |
| 6 | SMITH AND KIM GUILLICKSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC B. BRYANT, | Case No. C-09-5509-BZ |
| Plaintiff(s), | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| v. | |
| ESTENSON LOGISTICS, LLC, et al., | |
| Defendant(s). | |

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric B. Bryant, proceeding pro se, and Defendants Estenson Logistics, LLC, Daniel Holt-Smith and Kim Guillickson, by and through their designated counsel, that the above-captioned action shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorneys' fees and costs.

Dated: November 2, 2010

ERIC B. BRYANT
Plaintiff Pro Per

Dated: ~~November~~ **December** 6, 2010

LITTLER MENDELSON
A Professional Corporation

By: _____
MICHAEL E. HARVEY
Attorneys for Defendants
ESTENSON LOGISTICS, LLC, DANIEL HOLT-SMITH, AND KIM GUILLICKSON

IT IS SO ORDERED.

Dated: November ___, 2010

_____
Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:98448986.1 063368.1004

2.

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150